

NUMBER 13-17-00454-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

INVESTMENT RETRIEVERS, INC.,                                          Appellant,

v.

JESUS CHARNICHART AND
FRANCISCA CHARNICHART,                                              Appellees.

On appeal from the County Court at Law No. 3
of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Longoria
### Memorandum Opinion by Justice Longoria

Appellant, Investment Retrievers, Inc., filed an appeal from a judgment entered by the County Court at Law No. 3 of Cameron County, Texas, in cause number 2016-CCL-00980. Appellant has filed a motion to withdraw the appeal on grounds that it no longer wishes to pursue the appeal. Appellant requests that this Court withdraw the appeal.

The Court, having considered the documents on file and appellant's motion to withdraw the appeal, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). Appellant's motion to withdraw is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Delivered and filed the
16th day of November, 2017.